UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DEAN PARKS,<br><br>            Plaintiff,<br><br>     v.<br><br>KEVIN CHAPPELL; *et al.*,<br><br>            Defendants.<br>_____/ | No. C-13-4048 EMC (pr)<br><br>**ORDER DENYING POST-JUDGMENT MOTION** |

Plaintiff's motion to voluntarily dismiss this action is DENIED. (Docket # 27.) The motion was filed too late to be granted: three weeks before Plaintiff's motion was filed, the Court had granted Defendant's motion for summary judgment and entered judgment.

IT IS SO ORDERED.

Dated: June 30, 2015

_____
EDWARD M. CHEN
United States District Judge